1
2
3
4
5
6
7

8
## UNITED STATES DISTRICT COURT

9
### EASTERN DISTRICT OF CALIFORNIA

10

11
EMPLOYERS MUTUAL CASUALTY
COMPANY, et al.,

12
           Plaintiffs,

13

     v.

14
NORTH AMERICAN SPECIALTY
FLOORING, INC., et al.,

15

16
           Defendants.

Case No.: 1:19-cv-00544 DAD JLT

ORDER CLOSING THE ACTION AS TO
NAVIGATORS INSURANCE COMPANY,
ROY'S FLOORING, INC. AND JOSE ROY
GARCIA

17
     The parties have stipulated to dismiss the action as to Navigators Insurance Company, Roy's

18
Flooring, Inc. and Jose Roy Garcia individually and formerly doing business as Roy's Flooring. (Doc.

19
23 at 3) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action

20
without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared."

21
Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the

22
stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692

23
(9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to these

24
defendants only.

25

26
IT IS SO ORDERED.

27
    Dated:   __**August 20, 2019**__         _____**/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

28